**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR: 221-018 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EDUCATIOAL WORLD, INC.** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

                                                Respectfully submitted,

                                                DAVID H. ESTES
                                                ACTING UNITED STATES ATTORNEY

                                                ***/s/ Steven H. Lee***

                                                Steven H. Lee
                                                Assistant United States Attorney
Post Office Box 8970                       GA Bar No. 614037
Savannah, Ga. 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of September, 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Steven H. Lee*

Steven H. Lee
Assistant United States Attorney
GA Bar No. 614037

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422